IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RYAN JAMES GRIFFIN,

    Plaintiff,

vs.                         No. CIV 09-312 BB/KBM

SAN MIGUEL COUNTY DETENTION CENTER
and WARDEN P. SNEDEKER,

    Defendants.

## ORDER ENLARGING DISPOSITIVE MOTION
## AND *MARTINEZ* REPORT DEADLINES

THIS MATTER having come before the Court upon Defendant Snedeker's Amended Motion to Enlarge Dispositive Motion and *Martinez* Report Deadlines and the Court being fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the deadlines are enlarged as follows:

| Deadlines | |
|---|---|
| Dispositive Motions | November 5, 2009 |
| Objections for Plaintiff to Review Certain Portions of *Martinez* Report | November 23, 2009 |
| *Martinez* Report | December 11, 2009 |
| Response to *Martinez* Report | January 8, 2010 |
| Reply to Response to *Martinez* Report | January 27, 2010 |

*/s/ Karen B. Molzen*

**HONORABLE KAREN B. MOLZEN**